FILED

10/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0142

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0142

_____

HILLCREST NATURAL AREA FOUNDATION,
INC., JOEL E. GUTHALS, ANN M. GUTHALS,
MARC VISCHER, ELLEN KNIGHT, ROSS
WAPLES, and VIRGINIA WAPLES,

       Petitioners and Appellants,

  v.                          O R D E R

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY
and CITY OF BILLINGS,

       Respondent, Respondent-Intervenors,
       and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Colette B. Davies, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 26 2022